# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.E.M. GLASS NETWORK, INC. and BROOKLYN WHOLESALE GLASS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYGRANT GLASS COMPANY, INC., INTERSTATE GLASS OF AMITYVILLE NY, LLC., METRO GLASS DISTRIBUTING, INC., XINYI AUTO GLASS NORTH AMERICA CORP., VITRO, S.A.B. de C.V., VITRO AUTOMOTIVE GLASS LLC, FUYAO GLASS AMERICA INC., AUTO TEMP INC., and SIKA CORPORATION <br><br> Defendants. | No. 1:19-cv-00742 (NGG)(LB) |

## MOTION TO WITHDRAW APPEARANCE

Plaintiffs O.E.M. Glass Network, Inc. and Brooklyn Wholesale Glass Inc., by and through undersigned counsel, hereby submit this Motion to Withdraw Appearance of Leah Judge of Constantine Cannon LLP. As of January 16, 2022, Ms. Judge will no longer be with Constantine Cannon LLP. Plaintiffs will continue to be represented by James Joseph Kovacs, Daniel James Vitelli, and David Alan Scupp of Constantine Cannon LLP.

Dated: January 12, 2023

                                                Respectfully submitted,

                                                CONSTANTINE CANNON LLP

                                                /s/ Leah Judge
                                                Leah Judge
                                                CONSTANTINE CANNON LLP
                                                150 California Street, Suite 1600
                                                San Francisco, CA 94111
                                                Tel: (415) 639-4001

Fax: (415) 639-4002
ljudge@constantinecannon.com

James Joseph Kovacs
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue, NW, Suite 1300N
Washington, DC 20004
Tel: (202) 204-3501
Fax: (202) 204-3502
jkovacs@constantinecannon.com

David Alan Scupp
Daniel James Vitelli
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
T: 212-350-2700
F: 212-350-2701
dscupp@constantinecannon.com
dvitelli@constantinecannon.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW APPEARANCE** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by electronic mail and/or served by U.S. Mail to all non CM/ECF parties and counsel of record.  Parties may access this filing through the Court's system.

      By: */s/ Leah Judge*

NYDOCS 431109v.1